# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY NEAL LEONARD,
                Appellant,
            vs.
THE STATE OF NEVADA,
                Respondent.

No. 80295

FILED

APR 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order dismissing a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant's counsel filed a suggestion of death informing this court that appellant died on or near November 30, 2020. On December 15, 2020, this court entered an order directing appellant's personal representative to file, on or before March 15, 2021, a motion for substitution with this court pursuant to NRAP 43(a)(1) if he or she wishes to proceed with this appeal. If no personal representative were substituted within the allotted time, this court's order cautioned that the appeal would be dismissed and appellant's conviction would stand. No personal representative of appellant has responded or filed a notice of appearance; accordingly this appeal is dismissed and appellant's conviction stands.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-10108

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 3
David Anthony
Federal Public Defender/Las Vegas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A